UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR0581-DMS |
| Plaintiff, | |
| vs. | ORDER CONTINUING DEFENDANT'S SELF SURRENDER DATE AND TO SET BOND EXONERATION HEARING |
| ADRIAN CAMPOS, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the self surrender date of Adrian Campos be continued from Friday January 15, 2021 to April 9, 2021.  It is also ordered that the Bond Exoneration Hearing be continued from Friday January 22, 2021 at 9:00 a.m. to April 16, 2021 at 9:00 a.m.

**DATED: 1/15/2021**

**So Ordered.**

_____
THE HONORABLE DANA M. SABRAW
District Court Judge

1