UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADRIAN CAMPOS,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:19-CR-0581-DMS<br><br>**ORDER CONTINUING DEFENDANT'S SELF SURRENDER DATE AND TO SET BOND EXONERATION HEARING** |

   It is hereby ordered that the self-surrender date of Adrian Campos be continued from Friday, April 9, 2020, to Friday, May 28, 2021.  It is also ordered that the Bond Exoneration Hearing be set for June 4, 2021 at 9 a.m.

   **IT IS SO ORDERED**.

Dated:  March 19, 2021

_____
Honorable Dana M. Sabraw
United States Chief District Judge